UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth Wheeler,

Debtor

Case Number:     19-18088

Hearing Date:

Judge:     Vincent F. Papalia

Chapter:     13

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file schedules is extended to _____5/24/2019_____.

☐   Denied.

*rev.8/1/15*