**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.N. LBR 9004-1(b)

Kevin G. McDonald, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
Attorneys for M&T Bank

Case No: 19-18088 VFP

Chapter: 13

Judge: Vincent F. Papalia

In Re:

Elizabeth Wheeler

                    Debtor

**NOTICE OF APPEARANCE**


        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:05/16/2019                              **/s/ Kevin G. McDonald, Esquire**
                                             Kevin G. McDonald, Esquire
                                             **KML Law Group, P.C.**
                                             216 Haddon Avenue, Ste. 406
                                             Westmont, NJ 08108
                                             (609) 250-0700 (NJ)
                                             (215) 627-1322 (PA)
                                             FAX: (609) 385-2214
                                             Attorney for Movant/Applicant

*new 8/1/15*