UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LINWOOD A. JONES-008761979
7 GLENWOOD, SUITE 414B
EAST ORANGE, NEW JERSEY  07017
O: 973- 676-7439
F: 973-674-8043
E-Fax: 888-413-5141
linwoodjonesesq@gmail.com
Attorney for Elizabeth Wheeler, Debtor

Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
  Elizabeth Wheeler,
         Debtor.

Case No.:    19-18088-VFP

Chapter:    13

Judge:    Vincent F. Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 5, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  May 31, 2019          :

Property:      48 Echert Avenue, Newark, NJ 07112

Creditor:      M&T Bank

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by   Debtor                        ,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by                           ,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   10/31/2019            .

The Loss Mitigation Period is terminated, effective                              .

_____
HONORABLE VINCENT F. PAPALIA

*Revised 9/19/13*