Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−18088−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Wheeler
   48 Eckert Avenue
   2nd Floor
   Newark, NJ 07112

Social Security No.:
   xxx−xx−5689

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2019
JAN: mcp

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-18088-VFP
Elizabeth Wheeler                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 1              Date Rcvd: Oct 23, 2019
                              Form ID: 148            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
```
db         +Elizabeth Wheeler,   48 Eckert Avenue,   2nd Floor,   Newark, NJ 07112-2102
cr         +Rutgers Federal Credit Union,   McKenna, DuPont, Higgins & Stone, PC,   PO Box 610,
             229 Broad Street,   Red Bank, NJ 07701-2009
518251667  +Carpe Diem Solutions, Inc,   3773 Howard Hughes Parkway,   Ste 500S,   Las Vegas, NV 89169-6014
518195831  +KML Law Group,   216 Haddon Avenue,   Suite 406,   Collingswood, NJ 08108-2812
518195835  +Rutgers Fcu,   100 College Ave,   New Brunswick, NJ 08901-1438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518195832   E-mail/Text: camanagement@mtb.com Oct 24 2019 00:20:34     M & T Bank,   Attn: Bankruptcy,
             PO Box 844,   Buffalo, NY 14240
518306681   E-mail/Text: camanagement@mtb.com Oct 24 2019 00:20:34     M&T Bank,   PO Box 840,
             Buffalo, BY 14240
518195833  +EDI: AGFINANCE.COM Oct 24 2019 03:33:00     OneMain Financial,   Attn: Bankruptcy,
             601 Nw 2nd Street,   Evansville, IN 47708-1013
518195834  +EDI: AGFINANCE.COM Oct 24 2019 03:33:00     OneMain Financial,   Attn: Bankruptcy,
             Po Box 3251,   Evansville, IN 47731-3251
518195836  +EDI: DRIV.COM Oct 24 2019 03:33:00     Santander Consumer USA Inc.,   Attn: Bankruptcy,
             Po Box 961245,   Fort Worth, TX 76161-0244
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518251668   ##+The Drawing Room, LLC,   27 Centraal Aveenue,   Midland Park, NJ 07432-1469
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Linwood A. Jones    on behalf of Debtor Elizabeth  Wheeler linwoodjonesesq@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Rutgers Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```