| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LINWOOD A. JONES, #008761979<br>7 Glenwood Avenue<br>Suite 414B<br>East Orange, NJ 07017<br>(973) 676-7439<br>linwoodjonesesq@gmail.com<br><br>Attorney for Elizabeth Wheeler, Debtor | Order Filed on December 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Elizabeth Wheeler, Debtor,<br><br>                                    Debtor. | Case No.:   19-18088-VFP<br>Chapter:     13<br>Judge:       VINCENT F. PAPALIA |

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    48 Echert Avenue, Newark, NJ 07112

Creditor:    M&T Bank

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by    1/31/2020    ,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ ,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

HONORABLE VINCENT F. PAPALIA

*Revised 9/19/13*