LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
**Chapter 13 Case # 19-18088**

Re:    ELIZABETH WHEELER                                  Atty:  LINWOOD A JONES ESQ
       48 ECKERT AVENUE                                          7 GLENWOOD AVENUE
       2ND FLOOR                                                 SUITE 414B
       NEWARK,  NJ  07112                                        EAST ORANGE, NJ  07017

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $55,625.00**

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 06/06/2019 | $670.00 | 5921645000 | 07/19/2019 | $670.00 | 6025710000 |
| 08/07/2019 | $670.00 | 6078956000 | 09/06/2019 | $670.00 | 6157978000 |
| 12/02/2019 | $945.00 | 6370925000 | 01/06/2020 | $1,000.00 | 6457334000 |

**Total Receipts: $4,625.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,625.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 191.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,663.00 | 100.00% | 3,485.41 | 177.59 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | M & T BANK | MORTGAGE ARRE | 46,378.10 | 100.00% | 0.00 | |
| 0003 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ONEMAIN | UNSECURED | 7,018.31 | * | 0.00 | |
| 0005 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CARPE DIEM SOLUTIONS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | THE DRAWING ROOM LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $3,677.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $4,625.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,677.00    =    Funds on Hand: $948.00

**Chapter 13 Case # 19-18088**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.