UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Linwood A. Jones - Bar #: 008761979
7 Glenwood Avenue, Suite 414B
East Orange, NJ 07017
O: 973-676-7439
F: 973-674-8043
E-Fax: 888-413-5141
E-Mail: linwoodjonesesq@gmail.com
Attorney for Elizabeth Wheeler, Debtor

Order Filed on February 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elizabeth Wheeler, Debtor,

               Debtor.

Case No.:    19-18088-VFP

Chapter:    13

Judge:    VINCENT F. PAPALIA

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  May 31, 2019   :

Property:   48 Echert Avenue, Newark, NJ 07112

Creditor:   M&T Bank

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by  the debtor  , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   May 11, 2020  .

The Loss Mitigation Period is terminated, effective _____.

HONORABLE VINCENT F. PAPALIA

*Revised 9/19/13*