| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LINWOOD A. JONES, #008761979<br>7 Glenwood Avenue<br>Suite 414B<br>East Orange, NJ 07017<br>(973) 676-7439<br>linwoodjonesesq@gmail.com<br><br>Attorney for Elizabeth Wheeler, Debtor | Order Filed on June 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br>Elizabeth Wheeler, Debtor,<br><br>                           Debtor. | Case No.:<br>Chapter:<br>Judge: | 19-18088-VFP<br>13<br>VINCENT F. PAPALIA |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 2, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 1 of 2

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  May 31, 2019  :

Property:     48 Echert Avenue, Newark, NJ 07112

Creditor:     M&T Bank

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by  July 30, 2020 ,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by  _____ ,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  _____ .

The Loss Mitigation Period is terminated, effective  _____ .

*Revised 9/19/13*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-18088-VFP
Elizabeth Wheeler                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 02, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
db            +Elizabeth Wheeler,    48 Eckert Avenue,    2nd Floor,    Newark, NJ 07112-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linwood A. Jones    on behalf of Debtor Elizabeth  Wheeler linwoodjonesesq@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Rutgers Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6