LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017

Re: ELIZABETH WHEELER
48 ECKERT AVENUE
2ND FLOOR
NEWARK, NJ  07112

Atty: LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-18088

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $55,625.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2019 | $670.00 | 5921645000 | 07/19/2019 | $670.00 | 6025710000 |
| 08/07/2019 | $670.00 | 6078956000 | 09/06/2019 | $670.00 | 6157978000 |
| 12/02/2019 | $945.00 | 6370925000 | 01/06/2020 | $1,000.00 | 6457334000 |
| 02/05/2020 | $1,000.00 | 6530262000 | 03/03/2020 | $1,000.00 | 6609577000 |
| 04/03/2020 | $1,000.00 | 6687235000 | 05/04/2020 | $1,000.00 | 6760786000 |
| 06/04/2020 | $1,000.00 | 6842093000 | 07/06/2020 | $1,000.00 | 6915756000 |
| 08/03/2020 | $1,000.00 | 6988667000 | 09/08/2020 | $1,000.00 | 7071275000 |
| 10/09/2020 | $1,000.00 | 7148917000 | 11/04/2020 | $1,000.00 | 7211058000 |
| 12/07/2020 | $1,000.00 | 7291157000 | 01/07/2021 | $1,000.00 | 7364657000 |

**Total Receipts: $16,625.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $16,625.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M & T BANK | | | | | | |
| | 02/10/2020 | $770.41 | 8,001,412 | 03/16/2020 | $948.00 | 8,001,447 |
| | 04/20/2020 | $948.00 | 8,001,497 | 05/18/2020 | $900.00 | 8,001,543 |
| | 06/15/2020 | $900.00 | 8,001,605 | 07/20/2020 | $925.00 | 8,001,662 |
| | 08/17/2020 | $925.00 | 8,001,722 | 09/21/2020 | $925.00 | 8,001,785 |
| | 10/19/2020 | $925.00 | 8,001,845 | 11/16/2020 | $925.00 | 8,001,901 |
| | 12/21/2020 | $925.00 | 8,001,958 | 01/11/2021 | $925.00 | 8,002,013 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,095.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,663.00 | 100.00% | 3,663.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | M & T BANK | MORTGAGE ARRE | 46,378.10 | 100.00% | 10,941.41 | |
| 0003 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ONEMAIN | UNSECURED | 7,018.31 | * | 0.00 | |

**Chapter 13 Case # 19-18088**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CARPE DIEM SOLUTIONS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | THE DRAWING ROOM LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $15,700.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $16,625.00    -    Paid to Claims: $10,941.41    -    Admin Costs Paid: $4,758.59    =    Funds on Hand: $925.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.