UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Elizabeth Wheeler,

Debtor.

Case No.: 19-18088-VFP

Chapter: 13

Hearing Date: 12/1/2022

Judge: Papalia

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief re: 48 Eckert Avenue (Docket # 69)

_____

Date: 11/29/2022                                     /s/ Denise Carlon
                                                      Signature

*rev.8/1/15*