LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017

Re:  ELIZABETH WHEELER                     Atty:  LINWOOD A JONES ESQ
     48 ECKERT AVENUE                             7 GLENWOOD AVENUE
     2ND FLOOR                                    SUITE 414B
     NEWARK, NJ  07112                            EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 19-18088

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $55,625.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2019 | $670.00 | 5921645000 | 07/19/2019 | $670.00 | 6025710000 |
| 08/07/2019 | $670.00 | 6078956000 | 09/06/2019 | $670.00 | 6157978000 |
| 12/02/2019 | $945.00 | 6370925000 | 01/06/2020 | $1,000.00 | 6457334000 |
| 02/05/2020 | $1,000.00 | 6530262000 | 03/03/2020 | $1,000.00 | 6609577000 |
| 04/03/2020 | $1,000.00 | 6687235000 | 05/04/2020 | $1,000.00 | 6760786000 |
| 06/04/2020 | $1,000.00 | 6842093000 | 07/06/2020 | $1,000.00 | 6915756000 |
| 08/03/2020 | $1,000.00 | 6988667000 | 09/08/2020 | $1,000.00 | 7071275000 |
| 10/09/2020 | $1,000.00 | 7148917000 | 11/04/2020 | $1,000.00 | 7211058000 |
| 12/07/2020 | $1,000.00 | 7291157000 | 01/07/2021 | $1,000.00 | 7364657000 |
| 02/02/2021 | $1,000.00 | 7423921000 | 03/02/2021 | $1,000.00 | 7493821000 |
| 04/05/2021 | $1,000.00 | 7579105000 | 05/05/2021 | $1,000.00 | 7650826000 |
| 06/07/2021 | $1,000.00 | 7726205000 | 07/07/2021 | $1,000.00 | 7796292000 |
| 08/05/2021 | $1,000.00 | 7860984000 | 09/08/2021 | $1,000.00 | 7935052000 |
| 10/04/2021 | $1,000.00 | 7993839000 | 11/08/2021 | $1,000.00 | 8067879000 |
| 12/06/2021 | $1,000.00 | 8126510000 | 01/05/2022 | $1,000.00 | 8191080000 |
| 02/02/2022 | $1,000.00 | 8249280000 | 03/04/2022 | $1,000.00 | 8318791000 |
| 04/04/2022 | $1,000.00 | 8384525000 | 05/09/2022 | $1,000.00 | 8457100000 |
| 06/03/2022 | $1,000.00 | 8508533000 | 07/08/2022 | $1,000.00 | 8577671000 |
| 08/08/2022 | $1,000.00 | 8635254000 | 09/06/2022 | $1,000.00 | 8689098000 |
| 10/07/2022 | $1,000.00 | 8755128000 | 11/07/2022 | $1,000.00 | 8811523000 |
| 12/05/2022 | $1,000.00 | 8865930000 | 01/03/2023 | $1,000.00 | 8915658000 |

**Total Receipts: $40,625.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $40,625.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-18088**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M & T BANK | | | | | | |
| | 02/10/2020 | $770.41 | 8,001,412 | 03/16/2020 | $948.00 | 8,001,447 |
| | 04/20/2020 | $948.00 | 8,001,497 | 05/18/2020 | $900.00 | 8,001,543 |
| | 06/15/2020 | $900.00 | 8,001,605 | 07/20/2020 | $925.00 | 8,001,662 |
| | 08/17/2020 | $925.00 | 8,001,722 | 09/21/2020 | $925.00 | 8,001,785 |
| | 10/19/2020 | $925.00 | 8,001,845 | 11/16/2020 | $925.00 | 8,001,901 |
| | 12/21/2020 | $925.00 | 8,001,958 | 01/11/2021 | $925.00 | 8,002,013 |
| | 02/22/2021 | $925.00 | 8,002,074 | 03/15/2021 | $925.00 | 8,002,120 |
| | 04/19/2021 | $925.00 | 8,002,177 | 05/17/2021 | $925.00 | 8,002,229 |
| | 06/21/2021 | $940.00 | 8,002,293 | 07/19/2021 | $940.00 | 8,002,344 |
| | 08/16/2021 | $940.00 | 8,002,395 | 09/20/2021 | $940.00 | 8,002,448 |
| | 10/18/2021 | $940.00 | 8,002,491 | 11/17/2021 | $950.00 | 8,002,542 |
| | 12/13/2021 | $950.00 | 8,002,591 | 01/10/2022 | $950.00 | 8,002,646 |
| | 02/14/2022 | $950.00 | 8,002,698 | 03/14/2022 | $950.00 | 8,002,757 |
| | 04/18/2022 | $965.00 | 8,002,806 | 05/16/2022 | $965.00 | 8,002,856 |
| | 06/20/2022 | $965.00 | 8,002,909 | 07/18/2022 | $965.00 | 8,002,962 |
| | 08/15/2022 | $965.00 | 8,003,012 | 09/19/2022 | $965.00 | 8,003,059 |
| | 10/17/2022 | $965.00 | 8,003,111 | 11/14/2022 | $945.00 | 8,003,162 |
| | 12/12/2022 | $536.02 | 8,003,215 | 12/12/2022 | $408.98 | 8,003,215 |
| | 01/09/2023 | $536.02 | 8,003,266 | 01/09/2023 | $408.98 | 8,003,266 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,335.59 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,663.00 | 100.00% | 3,663.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | M & T BANK | MORTGAGE ARRE | 43,204.00 | 100.00% | 32,863.45 | |
| 0003 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ONEMAIN | UNSECURED | 7,018.31 | * | 0.00 | |
| 0005 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CARPE DIEM SOLUTIONS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | THE DRAWING ROOM LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | RUTGERS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | M & T BANK | (NEW) MTG Agree | 8,707.64 | 100.00% | 817.96 | |

Total Paid: **$39,680.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $40,625.00   -   Paid to Claims: $33,681.41   -   Admin Costs Paid: $5,998.59   =   Funds on Hand: $945.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.