| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>ELIZABETH WHEELER |

Case No.: 19-18088

Adv. No.:

Hearing Date:  05/16/2024

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/16/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ELIZABETH WHEELER
48 ECKERT AVENUE
2ND FLOOR
NEWARK, NJ  07112
Mode of Service:  Regular Mail

Attorney for Debtor(s):
LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017
Mode of Service:  ECF and/or Regular Mail

Dated:  April 16, 2024

By:  /S/  Keith Guarneri
Keith Guarneri