| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    ELIZABETH WHEELER |

Order Filed on May 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-18088 VFP

Hearing Date:  5/16/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 17, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): ELIZABETH WHEELER

Case No.: 19-18088

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/16/2024 on notice to LINWOOD A JONES ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off the Chapter 13 bankruptcy case by 5/30/2024 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.